United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Robert E. Payne, Sr.<br>Cheryl Patricia Payne<br>1690 Bussey Road<br>Sycamore, GA 31790 | Chapter 13<br><br>Case No. 11-10586-AEC |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $2619.59 in unclaimed funds of Continum Hr, creditor.

Last Known Address (Most recent listed left to right):

Continum Hr
5909-A Breckenridge Parkway
Tampa, FL 33610

Dated: 6/23/2016

/s/ A. Kristin Hurst

A. Kristin Hurst. Trustee